UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>CHRISTOPHER BURGOS, and<br>MICHAEL HABIB,<br><br>Defendants. | UNSEALING ORDER<br><br>S2 & S3 22 Cr. 618 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Thomas Burnett and Matthew Shahabian;

It is found that the Indictments in the above-captioned action, S2 and S3 22 Cr. 618, are currently sealed and the United States Attorney's Office has applied to have those Indictments unsealed, it is therefore

ORDERED that the Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated: New York, New York
November 16, 2022

HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE