

*7621 13th Avenue, Brooklyn NY 11228*
*718.305.1702  Office*
*718.395.1732  Fax*
*jiandolo@jiandololaw.com*

November 30, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Court
500 Pearl Street
New York, New York 10007

      **Re:**    **US v. Burgos 22CR618 (JPC)**

Honorable Cronan:

    As it pertains to the above-mentioned criminal matter, the parties have consented to an adjournment of the arraignment of Mr. Christopher Burgos until Thursday December 1, 2022 at 9:00 a.m. to be held in courtroom 12D of 500 Pearl Street, New York NY 10007.

    The undersigned has the consent of AUSAs Mathew Shahabian as well as Thomas Burnett, to respectfully request the aforesaid adjournment. Moreover, the parties hereto submits that the ends of justice shall be served by the exclusion of time.

.

                                                                 Sincerely,

                                                                 *Jeremy M. Iandolo*

                                                               Jeremy M. Iandolo, Esq.

The arraignment of Defendant Christopher Burgos, which had previously been scheduled for 9:15 a.m. on November 23, 2022, is hereby adjourned until 9:00 a.m. on December 1, 2022.  The arraignment shall take place in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the interests of the public are outweighed by the ends of justice that would be served by excluding time from November 30, 2022 until December 1, 2022--namely, ensuring that Burgos's counsel is able to appear at the arraignment.

SO ORDERED
Date: November 30, 2022
New York, New York

                                                           _____
                                                                  JOHN P. CRONAN
                                                              United States District Judge