```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:22-CR-00618
    -against-                       :   ORDER
CHRISTOPHER BURGOS                  :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Honorable John P. Cronan, United States District Judge:

ORDERED that the defendant's bail be modified to remove the condition of: curfew enforced by location monitoring.

Dated: New York, New York
       February 14, 2023

SO ORDERED

_____
John P. Cronan
United States District Judge