**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

June 22, 2023

BY ECF
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  United States v. Christopher Burgos
             ~~22 Cr. 108 (JPC)~~
             22 Cr. 618 (JPC)

Dear Judge Cronan:

    As you know, I am the attorney for Christopher Burgos. Mr. Burgos is next scheduled to appear before Your Honor for a status conference in the case at 11 a.m. on June 28, 2023. Unfortunately, Mr. Burgos' 4 year old son has had health issues and is scheduled to undergo surgery on June 28. I am, therefore respectfully requesting that Mr. Burgos be excused from appearing in court that day. I will, of course, be there.

    The government has no objection to this request.

                      Respectfully submitted,

                      /JRF/

                      James R. Froccaro, Jr.

JRF:pa

> The request is granted. Mr. Burgos is excused from attending the status conference scheduled in this case for 11:00 a.m. on June 28, 2023.
>
> SO ORDERED
> Date: June 23, 2023
> New York, New York

            *[signature: John P. Cronan]*
            JOHN P. CRONAN
            United States District Judge