# Exhibit 1

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: | Jurisdiction: | ICAD#: | Record Status: | Public Omni | Complaint #: | No Other Legacy Blue Versions | Complaint Revisions: |
|---|---|---|---|---|---|---|---|
| 063 | N.Y. POLICE DEPT | | Final, Initial Arrests made | NO | 2023-063-003429 | | View All Versions 0 1 |

**Occurrence Location:** INSIDE OF [redacted] MILL AVENUE
**Name Of Premise:**
**Premises Type:** RESIDENCE-HOUSE
**Location Within Premise:**
**Visible By Patrol?:** YES

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

**Precinct:** 063
**Sector:** A
**Beat:**
**Post:**

**Occurrence From:** 2023-06-20 23:09 TUESDAY
**Occurrence thru:** 2023-06-20 23:35
**Reported:** 2023-06-20 23:35
**Complaint Received:** RADIO

Aided #
Accident #
O.C.C.B. #

**Classification:** MENACING
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** MISDEMEANOR
**PD Code:** 113 MENACING,UNCLASSIFIED
**PL Section:** 12014
**Keycode:** 344 ASSAULT 3 & RELATED OFFENSES

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** UNIFORM ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:**
**Prints Requested?** YES

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 120 ASSAULT | COMPLETED | 113 | MENACING,UNCLASSIFIED | PL 120.15 | MENACING-3RD | | 13C | Misdemeanor | | | NONE / UNKNOWN |
| 2 | PL 240 RIOT | COMPLETED | 638 | HARASSMENT,SUBD 3 | PL 240.26 03 | HARASSMENT-2ND ALARM OR ANNOY | | 90Z | Violation | | | |

**Confirmed Shots Fired?** NO

**Possible Hate Crime ?** NO

| Is This Related To Stop And Frisk Report | SQF Number: | Was The Victim's Personal Information Taken Or Possessed? | Was The Victim's Personal Information Used To Commit A Crime? |
|---|---|---|---|
| NO | 0000-000-00000 | NO | NO |

| Gang Related? | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? |
|---|---|---|---|
| NO | | | NO |

| DIR Required? | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |
|---|---|---|---|
| NO | NO | NO | YES |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone: - -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command | Canvas Conducted: | Translator(if used): |
|---|---|---|
| : | NO | |

**NARRATIVE:**
AT TPO CV STATES THAT HE WAS HANGING OUT AT HIS FRIENDS PLACE WHEN THE EX BOYFRIEND (PERP) WALKED INTO THE HOUSE AND STARTED TO YELL BECAUSE CV WAS AT THE EX GIRLFRIENDS HOUSE. CV THEN STATED THAT PERP TOOK A LONG KITCHEN KNIFE AND POINTED IT IN DIRECTION OF CV IN A MENACING WAY.

Version 1. CV DOB ADDED

## No NYC TRANSIT Data for Complaint # 2023-063-003429

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 0 | 1 |

### VICTIM: # 1 of 1

Name: [redacted]

Complaint#: 2023-063-003429

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE / INDIVIDUAL
Race: HISPANIC WHITE
Age: 32
Date Of Birth: [redacted]
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? YES
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Suspected Gang Member: NO
Name:
Reason for Suspected Gang Member Designation:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: YES

Other MOS Agency:
Type of Officer Activity/Circumstances:
Officer Assignment Type:
Level of Injury: NOT INJURED
Type of Injury: NONE
Medical Treatment: NOT APPLICABLE

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | | |

Phone #: HOME: Not Provided/Unavailable CELL: [redacted] BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

Action against Victim:

Actions Of Victim Prior To Incident: UNKNOWN

Victim Of Similar Incident: NO

If Yes, When And Where

### WANTED: # 1 of 1

Name: BURGOS, CHRISTOPHER

Complaint#: 2023-063-003429

Arrested: YES

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE
Age: 34
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth: NEW YORK
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 6FT3IN
Weight: 200
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CURLY/WAVY
Skin Tone: LIGHT
Complexion: CLEAR
Offender Condition: APPARENTLY NORMAL
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated? NO
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: CANNOT BE DETERMINED
Living together: NO
Can be Identified: YES

Suspected Gang Member: NO
Name:
Reason for Suspected Gang Member Designation:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | NEW YORK | | | | 063 |

Phone #: HOME: - - CELL: [redacted] BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty:
Development: N.Y.C. Transit Employee: NO

**Weapons:**

# 1
Physical Force/Weapon: THREATENED/DISPLAYED Firearm Recovered: Serial Number Defaced:
Physical Force/Weapon Type: CUTTING INSTRUMENT Discharged: NO Serial Number:
Physical Force/Weapon Sub Type: Make:

| | |
|---|---|
| **Specific Physical Force/Weapon Type:** KNIFE | **Color:** |
| **Other Weapon Description:** | **Caliber:** |

**Used Transit System:**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | THREATNED |
| CLOTHING | ACCESSORIES -SHORTS -BLACK |
| CLOTHING | FOOTWEAR -SNEAKERS -BLACK |
| CLOTHING | OUTERWEAR -T-SHIRT OR TANK TOP -BLACK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | EYEGLASSES |
| BODY MARKS | ARM -TATTOO WITH PICTURE ONLY -DESCRIBE:CROSS, ANGEL WITH COMPASS |
| IMPERSONATION | UNKNOWN |

**ARRESTS:** **Complaint #** 2023-063-003429

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| K23631284 | ACTIVE | BURGOS, CHRISTOPHER | MALE | WHITE | 34 | 06/20/2023 |

## No IMEI Data for Complaint # 2023-063-003429

**SCRATCH COPY:** **Complaint #** 2023-063-003429

1




1687331000682_1687331000682_.pdf

**Description**
1687331000682_1687331000682_.pdf

**COMPLAINT ASSOCIATIONS:** **Complaint #** 2023-063-003429

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| CONSECION, NICOLAS | BURGOS, CHRISTOPHER | CANNOT BE DETERMINED | Yes | PL 120 | THREATENED/DISPLAYED | CUTTING INSTRUMENT | | KNIFE | |
| CONSECION, NICOLAS | BURGOS, CHRISTOPHER | CANNOT BE DETERMINED | Yes | PL 240 | | | | | |

| | | | |
|---|---|---|---|
| **Reporting/Investigating M.O.S. Name:** POM PAPAGIANOPOULOS THOMAS | **Tax #:** 973650 | **Command:** 063 PCT | **Rep.Agency:** NYPD |
| **Supervisor Approving Name:** SGT PISCATELLA JOSE | **Tax #:** 941107 | **Command:** 063 PCT | **Rep.Agency:** NYPD |
| **Complaint Report Entered By:** POM PAPAGIANOPOULOS | **Tax #:** 973650 | **Command:** 063 PCT | **Rep.Agency:** NYPD |
| **Signoff Supervisor Name:** SGT PISCATELLA | **Tax #:** 941107 | **Command:** 063 PCT | **Rep.Agency:** NYPD |

**END OF COMPLAINT REPORT**
# 2023-063-003429

# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: NYSID ENTERED** | **Arrest ID: K23631284 - K**

**Arrest Location: INSIDE OF [redacted] MILL AVENUE** | **Pct: 063**

**Arrest Date: 06 20 2023**
**Time: 23:35:00**
Sector: A
Strip Search Conducted: NO
Viper Initiated Arrest: NO
Stop And Frisk NO
Serial #: 0000-000-00000

Processing Type: ON LINE
DCJS Fax Number: KO024895
Special Event Code: NO - NOT APPLICABLE
DAT Number:
ICAD#
Return Date 0000 00 00

Current Location of Perpetrator
Borough: Brooklyn
Type: ALL PD LOCATIONS
Location: 063 PRECINCT

**DAT Declined Reason(s):**
Reasonable Appearance an OOP will be Issued

**COMPLAINTS:** | **Arrest #: K23631284**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2023 063 03429 | 2023 06-20 | Valid, Initial Arrests made | 2023 06 20 | 23 09 |

**CHARGES** | **Arrest # K23631284**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION | LARCENY TYPE |
|---|---|---|---|---|---|---|---|
| TOP | No | PL 120.15 | M | B | 1 | MENACING-3RD | |
| #02 | No | PL 240 26 03 | V | 0 | 1 | HARASSMENT 2ND ALARM OR ANNOY | |

| How Arrest came about: | # Injuries 00 | # Fatalities 00 | Test Given: | Reason Vehicle Not Forfeit: | | | | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No |
| Role: Point Person | Department | Tax | Command | Shield | Rank | Last Name | First Name | MI |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:** | **Arrest #: K23631284**

Was the defendant recording police related activity at time of arrest?
NO

AT TPO CV STATES THAT HE WAS HANGING OUT AT HIS FRIENDS PLACE WHEN THE EX BOYFRIEND (PERP) WALKED INTO THE HOUSE AND STARTED TO YELL BECAUSE CV WAS AT THE EX GIRLFRIENDS HOUSE CV THEN STATED THAT PERP TOOK A LONG KITCHEN KNIFE AND POINTED IT IN DIRECTION OF CV IN A MENACING WAY.

**DEFENDANT: BURGOS, CHRISTOPHER** | **NYSID #: 01076510K** | **Arrest #: K23631284**

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE
Age 34
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth: NEW YORK
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO
Identification ID: None
Identification #:
Physical Condition: APPARENTLY NORMAL

Height: 6FT 3IN
Weight: 200
Eye Color: BROWN
Hair Color BLACK
Hair Length: SHORT
Hair Style: CURLY/WAVY
Skin Tone: LIGHT
Complexion: CLEAR
Soc.Security #:
Occupation NONE
Lic/Permit Type

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date
Relation to Victim: CANNOT BE DETERMINED
Living together: NO
Can be Identified: YES
Veteran NO

Suspected Gang Member: NO
Name
Reason for Suspected Gang Member Designation:

Drug Used NONE Lic/Permit No

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | | | 063 |

Phone # and E Mail Address
HOME: NONE
CELL: [redacted]
BUSINESS:NONE
E MAIL NONE

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty:
Development N Y C Transit Employee NO

**Physical Force NONE**

Gun:
Weapon Used/Possessed: USED/DISPLAYED Make: Recovered:
Non-Firearm Weapon: CUTTING INSTRUMENT Color: Serial Number Defaced:
Other Weapon Description Caliber: Serial Number:
Type:
Discharged: NO

**Used Transit System:** NO
**Station Entered:**
**Time Entered**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | THREATNED |
| CLOTHING | ACCESSORIES - SHORTS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | OUTERWEAR T SHIRT OR TANK TOP BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | EYEGLASSES |
| BODY MARKS | ARM -TATTOO WITH PICTURE ONLY - DESCRIBE:CROSS, ANGEL WITH COMPASS |
| IMPERSONATION | UNKNOWN |

## JUVENILE DATA: Arrest #: K23631284

Relative Notified: Personal Recog:
Number Of Priors 0 Name
School Attending: Phone Called:
Mother's Maiden Name: Time Notified:

## ASSOCIATED ARRESTS: Arrest #: K23631284

| ARREST ID | COMPLAINT # |
|---|---|

## No Vehicles for Arrest #

## DEFENDANTS CALLS Arrest # K23631284

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | 516-965-9180 | LAWYER,JIMMY | LAWYER | CANNOT BE DETERMINED | YES |
| 2 | [redacted] | KIM,KIM | K | EX GIRLFRIEND | YES |
| 3 | | JOHN,JOHN | BROTHER | BROTHER | YES |

## INVOICES: Arrest #: K23631284

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

## ARREST RULES: Arrest #: K23631284

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 06/20/2023
AGE AT TIME OF OCCURRENCE 34
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE

JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| | |
|---|---|
| **ARRESTING OFFICER: POM THOMAS J PAPAGIANOPOULOS** | **Arrest #: K23631284** |
| Tax Number 973650<br>Other ID (non-NYPD): 0<br>Shield: 23228<br>Department: NYPD<br>Command 063<br>On Duty YES<br>In Uniform: YES<br>Squad: C1<br>Chart: 05<br>Primary Assignment OTHER UNIFORM | **Force Used:** NO No Force Used by any MOS<br>Type:<br>Reason<br>Officer Injured: NO<br>Officer Body Worn Camera: YES<br>TRI Number: 0000-000-00000 Suffix: 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **A i ting Officer**<br>**JABER, WAEL M** | Department:<br>**NYPD** | Command:<br>**063** | Tax Number:<br>**941281** | Other ID (non-NYPD): **0** | Body Worn Camera: **YES** | TRI Number: **0000-000-00000** Suffix: **0** | Force Used: **NO - No Force Used by any MOS** Type:<br>Reason: |

| | | | |
|---|---|---|---|
| Arresting Officer Name:<br>**POM PAPAGIANOPOULOS, THOMAS J** | Tax #:<br>**973650** | Command:<br>**063** | Agency:<br>**NYPD** |
| Supervisor Approving<br>**SGT PISCATELLA JOS** | Tax #<br>**941107** | Command<br>**063** | Agency<br>**NYPD** |
| Report Entered by:<br>**POM PAPAGIANOPOULO** | Tax #:<br>**973650** | Command:<br>**063** | Agency:<br>**NYPD** |

**END OF ARREST REPORT**
K23631284

Print this Report

# Exhibits 2-6

(video and audio files sent to Chambers)

# Exhibit 7

# New York City Police Department

## Omniform System - Complaints

| Report Cmd: | Jurisdiction: | ICAD#: | Record Status: | Public Omni | Complaint #: | No Other Legacy Blue Versions | Complaint Revisions: |
|---|---|---|---|---|---|---|---|
| 063 | N.Y. POLICE DEPT | | Final, Initial Arrests made | NO | 2022-063-002665 | | View All Versions 0 1 |

**Occurrence Location:** FRONT OF 2317 RALPH AVENUE
**Name Of Premise:** DUNKIN DONUTS
**Premises Type:** GAS STATION
**Location Within Premise:**
**Visible By Patrol?:** YES

**NYC Parks Dept. Property**
**Did this offense occur on NYC Parks Dept. Property?** NO
**Command:**
**NYC Parks Dept. Property Name:**

**Precinct:** 063
**Sector:** A
**Beat:**
**Post:** 13

**Occurrence From:** 2022-06-12 15:25 SUNDAY
**Occurrence thru:** 2022-06-12 15:25
**Reported:** 2022-06-12 17:20
**Complaint Received:** WALK-IN

**Aided #**
**Accident #**
**O.C.C.B. #**

**Classification:** CRIM CONTEMPT (F)
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** FELONY
**PD Code:** 198 CRIMINAL CONTEMPT 1
**PL Section:** 21551
**Keycode:** 126 MISCELLANEOUS PENAL LAW

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** DETECTIVE ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:**
**Prints Requested?** NO

**Confirmed Shots Fired?** NO

**Possible Hate Crime ?** NO

| Is This Related To Stop And Frisk Report | SQF Number: | Was The Victim's Personal Information Taken Or Possessed? | Was The Victim's Personal Information Used To Commit A Crime? |
|---|---|---|---|
| NO | 0000-000-00000 | NO | NO |

| Gang Related? | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? |
|---|---|---|---|
| NO | | | NO |

| DIR Required? | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |
|---|---|---|---|
| YES | NO | YES | NO |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
- -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: | Translator(if used): |
|---|---|---|
| | NO | |

**NARRATIVE:**
AT T/P/O C/V STATES WHEN SHE WAS EXITING ABOVE STORE, SAID PERP HAPPENED TO BEAPPROACHING ABOVE STORE. WHEN SAID PERP(EX-BOYFRIEND) SAW C/V, HE STARTED SHOUTING SAYING, "SUCK A MEAN DICK" AT C/V. C/V STATES SHE HAS AN ACTIVE OOP, DOCKET #0-013442, EXP DATE:06/13/22 AGAINST PERP. C/V STATES PERP LIVES AT [redacted]. P2 DRIVES A WHITE BMW 5. PERP HANGS OUT AT UNKNOWNGYM AT E 59STREET, BKLYN. PERP HAS INSTAGRAM ACCOUNT UNDER NAME, "BKKIDDD."UNKNOWN WHERE PERP WORKS,AND PERP HAS ACCESS TO GUNS. C/V STATES SHE HAS SEEN APHOTO OF PERPHOLDING A BLACK HANDGUN. SGT PISCATELLA NOTIFIED. DV PHOTOS TAKEN AND UPLOADED #991.

Version 1. SYSTEM GENERATED

**No NYC TRANSIT Data for Complaint # 2022-063-002665**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 0 | 1 |

| VICTIM: # 1 of 1 | Name: [redacted] | Complaint#: 2022-063-002665 |
|---|---|---|

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: FEMALE
Race: WHITE
Age: [redacted]
Date Of Birth: [redacted]
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? NO
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Suspected Gang Member: NO
Name:
Reason for Suspected Gang Member Designation:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | [redacted] | |

Phone #: [redacted] BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: EXITING MENTIONED STORE |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

| WANTED: # 1 of 1 | Name: BURGIO, CHRISTOPHER | Complaint#: 2022-063-002665 | Arrested: NO |
|---|---|---|---|

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE
Age: 33
Date Of Birth: [redacted]
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 5FT9IN
Weight: 0
Eye Color:
Hair Color:
Hair Length:
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN
Offender Condition:
S.S. #: 0

Order Of Protection: YES
Issuing Court: FAMILY COURT
Docket #: 0-013442
Expiration Date: 06/13/2022
Order of Protection Violated? YES
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: EX - BOYFRIEND
Living together: NO
Can be Identified: YES

Suspected Gang Member: NO
Name:
Reason for Suspected Gang Member Designation:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | [redacted] | | | |

Phone #: HOME: - - CELL: [redacted] BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

Physical Force: NONE

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | "SUCK A MEAN DICK" |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |

| | |
|---|---|
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**ARRESTS:** Complaint # 2022-063-002665

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| K22624829 | ACTIVE | BURGOS, CHRISTOPHER | MALE | WHITE | 33 | 06/12/2022 |

**No IMEI Data for Complaint # 2022-063-002665**

**NOTIFICATIONS / ADDITIONAL COPIES:** Complaint # 2022-063-002665

**Notifications to:**

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| SGT | PISCATELLA | DV/NCO | |
| DET | CLEMENTI | PDU | |

| | | | |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: POM TURA NIZOM | Tax #: 963182 | Command: 063 PCT | Rep.Agency: NYPD |
| Supervisor Approving Name: SGT LIN RUIBING | Tax #: 952998 | Command: 063 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: PAA WAITHE | Tax #: 362097 | Command: 063 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT MANOU | Tax #: 940415 | Command: 063 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT**
**# 2022-063-002665**

# Exhibit 8

(filed under seal)

# Exhibit 9

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: | Jurisdiction: | ICAD#: | Record Status: | Public Omni | Complaint #: | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|
| 123 | N.Y. POLICE DEPT | | Final, No Arrests | NO | 2022-123-001053 | | |

**Occurrence Location:** INSIDE OF [redacted]
Name Of Premise:
Premises Type: RESIDENCE-HOUSE
Location Within Premise:
Visible By Patrol?: NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

Precinct: 123
Sector: A
Beat:
Post:

**Occurrence From:** 2022-04-26 16:00 TUESDAY
Occurrence thru: 2022-04-26 16:30
Reported: 2022-04-26 18:56
Complaint Received: WALK-IN

Aided #
Accident #
O.C.C.B. #

**Classification:** HARASSMENT
Attempted/Completed: COMPLETED
Most Serious Offense Is: VIOLATION
PD Code: 638 HARASSMENT,SUBD 3
PL Section: 24026
Keycode: 578 HARRASSMENT 2

**Case Status:** CLOSED
Unit Referred To:
Clearance Code: PATROL
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #: 51
Prints Requested? NO

Confirmed Shots Fired?
NO

Possible Hate Crime ?
NO

| Is This Related To Stop And Frisk Report | SQF Number: | Was The Victim's Personal Information Taken Or Possessed? | Was The Victim's Personal Information Used To Commit A Crime? |
|---|---|---|---|
| NO | 0000-000-00000 | NO | NO |

| Gang Related? | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? |
|---|---|---|---|
| NO | | | NO |

| DIR Required? | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |
|---|---|---|---|
| YES | NO | YES | NO |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
- -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: | Translator(if used): |
|---|---|---|
| | NO | |

NARRATIVE:
AT TPO, CV STATES PER THREATENED TO POST VIDEOS / RECORDINGS AND INTIMATE PICTURES OF HER ON SOCIAL MEDIA, WITHOUT HER PERMISSION OR AUTHORITY. 1. WORKSA S LOCKSMITH / UNION. 2. DRIVES, WHITE BMW SUV. 3. HAS INSTAGRAM, FACEBOOK.4. HANGOUT AT MATCHPPOINT GYM.

**No NYC TRANSIT Data for Complaint # 2022-123-001053**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 1 | 1 |

***VICTIM: # 1 of 1***
Name: [redacted]
Complaint#: 2022-123-001053

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: FEMALE
Race: WHITE

Suspected Gang Member: NO
Name:
Identifiers:

Age: [redacted]
Date Of Birth: [redacted]
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? NO
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: YES

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | [redacted] | |

Phone #: HOME: Not Provided/Unavailable CELL: [redacted] BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

Action against Victim:

Actions Of Victim Prior To Incident:
N/A

Victim Of Similar Incident:
NO

If Yes, When And Where

## *REPORTER: # 1 of 1*

Name: [redacted]

Complaint #: 2022-123-001053

Nick/AKA/Maiden:
Sex/Type: FEMALE
Race: WHITE
Age: [redacted]
Date Of Birth: [redacted]
Is this person not Proficient in English?: NO
If Yes, Indicate Language:

Suspected Gang Member: NO
Name:
Identifiers:

Relationship To Victim:

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | [redacted] | | | [redacted] | |

Phone #: HOME: - - CELL: [redacted] BUSINESS: - - BEEPER: - - E-MAIL:

## *WANTED: # 1 of 1*

Name: BURGOS, CHRISTOPHER

Complaint#: 2022-123-001053

Arrested: NO

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE
Age: 33
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth: USA
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 6FT2IN
Weight: 205
Eye Color:
Hair Color: BROWN
Hair Length: SHORT
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN
Offender Condition:
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: BOYFRIEND
Living together: NO
Can be Identified: YES

Suspected Gang Member: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: HOME: - - CELL: [redacted] BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

Physical Force: NONE

## Weapons:

Gun:
Weapon Used/Possessed: NONE
Non-Firearm Weapon:
Other Weapon Description:

Make:
Caliber:
Color:
Type:
Other/Gun Specify:
Discharged: NO

Recovered:
Serial Number Defaced:
Serial Number:

| | |
|---|---|
| **Used Transit System:** | |
| **Station Entered:** | |
| **Time Entered:** | |
| **Metro Card Type:** | |
| **Metro Card Used/Poses:** | |
| **Card #:** | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | FOOTWEAR - -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2022-123-001053

| | | | |
|---|---|---|---|
| **Reporting/Investigating M.O.S. Name:** POM DELRIO EDWARD | **Tax #:** 962351 | **Command:** 123 PCT | **Rep.Agency:** NYPD |
| **Supervisor Approving Name:** SGT FERRAZZO JAMES | **Tax #:** 955913 | **Command:** 123 PCT | **Rep.Agency:** NYPD |
| **Complaint Report Entered By:** PAA LEBRON | **Tax #:** 356646 | **Command:** 123 PCT | **Rep.Agency:** NYPD |
| **Signoff Supervisor Name:** LT ELLIS | **Tax #:** 941704 | **Command:** 123 PCT | **Rep.Agency:** NYPD |

**END OF COMPLAINT REPORT**
**# 2022-123-001053**