UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
-v- : S2 22 Cr. 618 (JPC)
:
CHRISTOPHER BURGOS, : ORDER
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Christopher Burgos's guilty plea hearing is scheduled for January 9, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. *See* Dkt. 20. By January 8, 2024, at 3:00 p.m., the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: January 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge